UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-81035-CIV-HURLEY

DONNA GORDON,

    plaintiff,

vs.

SEISINT, INC.,

    defendant.
_____/



**CLOSED CASE**

### ORDER APPROVING SETTLEMENT AGREEMENT & CLOSING FILE

**THIS CAUSE** is before the court upon the renewed joint motion of the parties for approval of FLSA settlement agreement filed February 25, 2005. Having reviewed the motion and proposed settlement agreement, it is hereby

**ORDERED AND ADJUDGED:**

1. The parties' joint motion for approval of settlement agreement and dismissal of case with prejudice as to plaintiff Donna Gordon filed February 25, 2005 [DE# 148] is **GRANTED.** The parties' proposed settlement agreement is accordingly **APPROVED,** and plaintiff Donna Gordon's claims against the defendant Seisint, Inc. are now **DISMISSED WITH PREJUDICE.**

2. The court shall retain jurisdiction to enforce the settlement agreement upon which the above described stipulated dismissal of all claims is predicated.

1



3. There being nothing further for the court to do in this proceeding, the Clerk is directed to **CLOSE** this file and terminate any other pending motions as **MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 9th day of March, 2005.

Daniel T. K. Hurley
United States District Judge

cc.
Charles H. Bechert III, Esq.
Christian C. Burden, Esq.
Theresa M. Connolly, Esq.

**CLOSED CASE**